In the Matter of Proving the Last Will and Testament of IRA DAYGER, Deceased. ANNA A. SKINNER, Contestant, Appellant.

(Argued October 1, 1888; decided October 16, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 10, 1888, which affirmed a decree of the surrogate of Otsego county, admitting to probate the last will of Ira Dayger, deceased.

*Carlton B. Pierce* for appellant.

*H. D. Luce* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.